IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 18 PM 4: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

KENNETH W. STEWART,

    Plaintiff,

VS.

                              NO. 03-2760-MaA

NEWTON WRIGHT, ET AL.,

    Defendants.

---

ORDER OF DISMISSAL

---

The parties have submitted a "Notice of Filing of Plaintiff's Notice of Voluntary Dismissal" in this matter indicating that this matter may be dismissed.  It is therefore ORDERED that this case is DISMISSED with prejudice.

Entered this _18th_ day of August, 2005.

                             SAMUEL H. MAYS, JR.
                             UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-23-05

(36)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02760 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT